**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

_____

No. 97-30191
_____

SEAGULL ENERGY CORP; SEAGULL MID-SOUTH, INC,

Plaintiffs - Counter Defendants - Appellees,

versus

JOSEPH T. SEPULVADO,

Defendant - Counter Claimant - Appellant.

Appeal from the United States District Court
for the Western District of Louisiana

November 10, 1997

Before EMILIO M. GARZA, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See 5TH CIR. R. 47.6.

---

[*]     Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.